UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61473-CV-COHN

ELBA BRYANT,

Magistrate Judge Seltzer

    Plaintiff,

vs.

NCO FINANCIAL SYSTEMS, INC.,

    Defendant.
_____/

### ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the Plaintiff's Notice of Voluntary Dismissal with Prejudice [DE 5]. Accordingly, it is **ORDERED and ADJUDGED** that this action is hereby **DISMISSED** with prejudice. The Clerk shall close this case, with the Court retaining jurisdiction to enforce the parties' settlement agreement.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of December, 2009.

JAMES I. COHN
United States District Judge

copies to:

Don Yarbrough, Esq.